MARY J. O'CONNOR et al., Respondents, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Executor and Trustee of MABEL H. GREEN, Deceased, et al., Appellants.—

No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

ABRAHAM RAVICH, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.—

No opinion. Present — Nolan, P. J., Johnston, Sneed, Wenzel and MacCrate, JJ.

SOL ROTHANDLER, Appellant, v. CHARLES CHASE et al., Individually and as Copartners Trading under the Name of CHASE FOOD STORES, Respondents.—

No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

CHARLES SALZBERG, Respondent, v. SUPER GLASS CORPORATION, Appellant.—

(*Gardner* v. *Sears, Roebuck & Co.,* 276 App. Div. 970; Civ. Prac. Act, § 426, subd. 5.) Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.